UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                       20-cr-356 (PKC)

      -against-

                                                                        <u>ORDER</u>

RONALD OLSON,
                              Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.:

        The plea proceeding in this case will take place in Courtroom 11D on Wednesday, July 29, 2020 at 12:00pm.  Members of the public may use the following call-in information to listen to the proceeding:

        <u>Dial-in:</u>      (888) 363-4749

        <u>Access Code:</u>  3667981

        SO ORDERED.

                                                          *P. Kevin Castel*
                                                          United States District Judge

Dated: New York, New York
         July 29, 2020