UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                            20-cr-356 (PKC)

     -against-

                                                            ORDER

RONALD OLSON,

                              Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        Due to the recent rise in Covid-19 cases in the metropolitan area, it is advisable to defer in-court proceedings whenever possible. Accordingly, the sentencing proceeding for Ronald Olson is adjourned from December 9, 2020 to February 3, 2021 at 12:00 p.m. in Courtroom 11D.

        SO ORDERED.

                                                              P. Kevin Castel
                                                        United States District Judge

Dated: New York, New York
         November 24, 2020