UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :

    -v-                            :            RESTITUTION ORDER

RONALD OLSON,                   :            20 Cr. 356 (PKC)

        Defendant.              :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

    Pursuant to the terms of the plea agreement between the United States of America and RONALD OLSON, the defendant, and the terms of 18 U.S.C. § 3663(a)(3); and

    Based upon the defendant's conviction on Count One of the Information in this case; the provisions of the presentence report; and all other proceedings in this case, it is hereby ORDERED that:

    RONALD OLSON shall pay restitution to the Internal Revenue Service in the principal and interest amounts listed below, for the tax years listed below:

| TAX YEAR | TAX DUE & OWING | ACCRUED INTEREST TO SENTENCING DATE | TOTAL |
|---|---|---|---|
| 2011 | $19,416 | $7,991.92 | $27,407.92 |
| 2012 | $24,271 | $8,979.75 | $33,250.75 |
| 2013 | $73,068 | $24075.25 | $97,143.25 |
| 2014 | $70,445 | $20,443.17 | $90,888.17 |
| 2015 | $111,207 | $27,964.01 | $139,171.01 |
| 2016 | $136,178 | $27,579.16 | $163,757.16 |
| 2017 | $95,151 | $14,750.31 | $109,901.31 |
| **TOTALS** | **$529,736** | **$131,783.57** | **$661,519.57** |

The Bureau of Prisons is directed to deduct from defendant RONALD OLSON's resources the maximum amount permitted under 28 C.F.R. § 545.11;

Defendant RONALD OLSON shall make all restitution payments, except those payments made through the Federal Bureau of Prisons, to: United States District Court for the Southern District of New York Clerk's Office-Restitution 500 Pearl Street New York, New York 10007;

Defendant RONALD OLSON shall include, with his restitution payment(s) transmitted to the Clerk of the District Court, his name, the District Court's docket number assigned to the case (20 Cr. 356 (PKC)), and a request that this identifying information be transmitted by the Clerk, together with his payment(s), to the Internal Revenue Service at the following address:

> IRS-RACS
> Attn: Mail Stop 6261, Restitution
> 333 W. Pershing Ave. Kansas City, MO 64108

The Clerk of the Court shall forward the restitution payments to the IRS at the above address within 30 days of receiving said payments, together with the defendant's name, docket number, and other identifying information;

The Defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Unit) of (1) any change of the Defendant's name, residence, or mailing address or (2) any material change in the Defendant's financial resources that affects the Defendant's ability to pay restitution, in accordance with 18 U.S.C. § 3664(k).

Dated: June 15, 2021
New York, New York

SO ORDERED

_____
P. KEVIN CASTEL
United States District Judge

[Handwritten insertion: "The restitution obligation shall be satisfied within nine months of the date of this Order."]

[Handwritten insertion: "Defendant shall satisfy"]